UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Grand Jury Subpoenas Dated July 10, 2026,<br><br>The New York Times Company et al.,<br><br>                    Movants. | 26-mc-352 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Court orders as follows:

The docket for this case is hereby UNSEALED.

The following documents are UNSEALED:

- All orders of the Court
- The case cover sheet
- The Rule 7.1 Corporate Disclosure Statement
- The consent motion to provisionally seal documents
- Movants' motion for admission pro hac vice
- All notices of appearances
- All certificates of service

All other documents currently on the docket shall remain SEALED pending further order of the Court, given the Government's uncontested motion to seal, including:

- The motion to quash, and all associated memoranda of law and exhibits
- The letter-motion to adjourn the subpoenas

This order pertains to the documents presently on the docket. As to any future filings, the parties should follow the Court's practices concerning anything requested to be filed under seal.

SO ORDERED.

Dated: July 17, 2026
      New York, New York

                                              ARUN SUBRAMANIAN
                                      United States District Judge