# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

In re: Grand Jury Subpoenas Dated July 10, 2026,

THE NEW YORK TIMES COMPANY, JULIAN E. BARNES, ERIC LIPTON, AND ERIC SCHMITT,

Movants.

Case No. 26 Misc. 352

## DECLARATION OF DAVID A. O'NEIL IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

David A. O'Neil, being duly sworn, deposes and says:

1. I submit this declaration in connection with my motion to appear *pro hac vice* in the above-captioned matter.

2. I am an attorney with the Washington, D.C. office of Debevoise & Plimpton LLP, counsel to Julian E. Barnes, Eric Lipton, Eric Schmitt, and The New York Times Company, and I am substantially involved in representing those parties in the above-captioned matter. My contact information is as follows:

   David A. O'Neil
   Debevoise & Plimpton LLP
   801 Pennsylvania Avenue, N.W.
   Washington, D.C. 20004
   (202) 383-8000

3. I was admitted to the bars of the State of New York in 2003 and the District of Columbia in 2016, and I am in good standing with both. True and correct copies of

Certificates of Good Standing for the State of New York and the District of Columbia bars are attached hereto.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. I understand that if I am admitted *pro hac vice*, I will be subject to the disciplinary jurisdiction of the United States District Court for the Southern District of New York.

I hereby affirm the foregoing to be true under penalty of perjury.

Dated: July 15, 2026

Respectfully submitted,

David A. O'Neil
daoneil@debevoise.com
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Avenue N.W., Suite 500
Washington, D.C. 20004
Tel: (202) 383-8000
