UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Grand Jury Subpoenas Dated July 10, 2026,<br><br>The New York Times Company et al.,<br><br>                  Movants. | 26-mc-352 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Court orders as follows:

1. Tyler Page and Adam Goldman may be joined as movants;

2. The motion to quash is deemed amended to seek to quash the phone provider subpoenas (the third-party subpoenas described in the movants' and Government's letters);

3. The enforcement of the phone provider subpoenas is stayed pending a ruling on the motion to quash;

4. All subpoenas issued in the grand jury proceeding at issue should be furnished to the Court with the Government's submission to be filed on July 20, 2026, and the Government should advise the Court in that submission if any of those subpoenas have not been disclosed to the movants and the reasons why; and

5. The Government should advise the Court by 5 pm ET on July 19, 2026 if there is any objection to the public filing of the movants' letter-motion, and the grounds for that objection.


        SO ORDERED.

Dated: July 19, 2026
       New York, New York

                                         _____
                                         ARUN SUBRAMANIAN
                                         United States District Judge