UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Grand Jury Subpoenas Dated July 10, 2026 | 26-mc-352 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

1. The motion to adjourn the journalists' grand jury appearances is GRANTED pending a hearing on the motion to quash.

2. The Court will hold a hearing at 2 pm ET on July 23, 2026. Courtroom details will be provided at a later date.

3. On or before July 20, 2026, at 5 pm ET, the Government should (1) identify any materials in the movants' filings that they believe warrant sealing and (2) respond to the motion to quash.

4. On or before July 22, 2026, at 5 pm ET, the movants may respond to the Government's submissions.

   SO ORDERED.

Dated: July 16, 2026
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge