UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                   :

In re: Grand Jury Subpoenas Dated July 10, 2026, :

THE NEW YORK TIMES COMPANY, JULIAN :
E. BARNES, ADAM GOLDMAN, ERIC :
LIPTON, TYLER PAGER, AND ERIC :
SCHMITT, :

Movants. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 26-mc-352 (AS)

NOTICE OF APPEARANCE AND
REQUEST FOR ELECTRONIC
NOTIFICATION

       PLEASE TAKE NOTICE that David A. O'Neil of Debevoise & Plimpton LLP

hereby enters his notice of appearance on behalf of The New York Times Company,

Julian E. Barnes, Adam Goldman, Eric Lipton, Tyler Pager, and Eric Schmitt.  The

undersigned respectfully requests that notice of electronic filing of all papers in the

within action, as well as copies of all other documents that are required to be served or

delivered to counsel, be transmitted to him at the address given below.

Dated:  July 20, 2026

                                DEBEVOISE & PLIMPTON LLP

                        By: *S/ David A. O'Neil*
                           David A. O'Neil*
                           daoneil@debevoise.com
                           801 Pennsylvania Avenue N.W., Suite 500
                           Washington, D.C. 20004
                           (202) 383-8000

                           *Attorney for Movants*
                           Admitted *pro hac vice.*