**JUDGE SUBRAMANIAN**

26MISC0352

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

In re: Grand Jury Subpoenas Dated July 10, 2026,

THE NEW YORK TIMES COMPANY, JULIAN
E. BARNES, ERIC LIPTON, AND ERIC
SCHMITT,

Movants.

UNDER SEAL

Case No. 26 Misc._____

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and

declarations of David A. O'Neil, Julian E. Barnes, Eric Lipton, and Eric Schmitt, executed on

July 15, 2026, the undersigned, attorneys for The New York Times Company, Julian E. Barnes,

Eric Lipton, and Eric Schmitt, hereby move this Court for an order quashing subpoenas *ad*

*testificandum* dated July 10, 2026 (the "Subpoenas"), and for such other and further relief as the

Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, upon an urgent forthcoming letter-motion, the

undersigned will move this Court for an order adjourning the Subpoenas' appearance date

pending resolution of the motion to quash the Subpoenas.

Dated: July 15, 2026

David A. O'Neil\*
daoneil@debevoise.com
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Avenue N.W., Suite 500

Washington, D.C. 20004
Tel: (202) 383-8000

*S/ Douglas S. Zolkind*
Douglas S. Zolkind
dzolkind@debevoise.com
Leah W. Rosenberg
lwrosenberg@debevoise.com
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
Tel: (212) 909-6000

Julie A. Edelstein**
jedelstein@wiggin.com
WIGGIN AND DANA LLP
600 Massachusetts Avenue, N.W., Suite 375
Washington, D.C. 20001
Tel: (202) 800-2470

*Counsel for Movants*
*\*Pro hac vice* pending.
*\*\*Pro hac vice* forthcoming.