# EXHIBIT A
# <u>Under Seal</u>

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

TO:   **Julian E. Barnes**

GREETINGS:

WE COMMAND YOU that all and singular business and excuses being laid aside, you appear and attend before the GRAND JURY of the people of the United States for the Southern District of New York, at the United States Courthouse, 40 Foley Square, Room 220, in the Borough of Manhattan, City of New York, in the Southern District of New York, at the following date, time and place:

Appearance Date:      July 15, 2026          Appearance Time:   10:00 a.m.

to testify and give evidence in regard to an alleged violation of federal criminal law, and not to depart the Grand Jury without leave thereof, or of the United States Attorney.

**PERSONAL APPEARANCE IS REQUIRED.**
**See Attached Advice of Rights.**

Failure to attend and produce any items hereby demanded will constitute contempt of court and will subject you to civil sanctions and criminal penalties, in addition to other penalties of the Law.

DATED:   New York, New York
July 10, 2026

*/s/ Jay Clayton /SSB*
JAY CLAYTON
*United States Attorney for the*
*Southern District of New York*

Sean S. Buckley
Deputy United States Attorney
26 Federal Plaza, 38th Floor
New York, New York 10278

rev. 02.01.12

## ADVICE OF RIGHTS

1. You may refuse to answer any question if a truthful answer to the question would tend to incriminate you.

2. Anything that you do say may be used against you by the grand jury or in a subsequent legal proceeding.

3. If you have a lawyer, the grand jury will permit you a reasonable opportunity to step outside the grand jury room to consult with your lawyer if you so desire.

4. If you would like a lawyer but do not have funds to retain one, you may make an application to the United States Magistrate Judge who will decide whether to appoint a lawyer to represent you.

Grand Jury Subpoena

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

TO:    Eric Lipton

GREETINGS:

WE COMMAND YOU that all and singular business and excuses being laid aside, you appear and attend before the GRAND JURY of the people of the United States for the Southern District of New York, at the United States Courthouse, 40 Foley Square, Room 220, in the Borough of Manhattan, City of New York, in the Southern District of New York, at the following date, time and place:

Appearance Date:    July 15, 2026                Appearance Time:   10:00 a.m.

to testify and give evidence in regard to an alleged violation of federal criminal law, and not to depart the Grand Jury without leave thereof, or of the United States Attorney.

**PERSONAL APPEARANCE IS REQUIRED.**
**See Attached Advice of Rights.**

Failure to attend and produce any items hereby demanded will constitute contempt of court and will subject you to civil sanctions and criminal penalties, in addition to other penalties of the Law.

DATED:   New York, New York
         July 10, 2026

*/s/ Jay Clayton /SSB*
JAY CLAYTON
*United States Attorney for the*
*Southern District of New York*

Sean S. Buckley
Deputy United States Attorney
26 Federal Plaza, 38th Floor
New York, New York 10278

rev. 02.01.12

## **ADVICE OF RIGHTS**

1. You may refuse to answer any question if a truthful answer to the question would tend to incriminate you.

2. Anything that you do say may be used against you by the grand jury or in a subsequent legal proceeding.

3. If you have a lawyer, the grand jury will permit you a reasonable opportunity to step outside the grand jury room to consult with your lawyer if you so desire.

4. If you would like a lawyer but do not have funds to retain one, you may make an application to the United States Magistrate Judge who will decide whether to appoint a lawyer to represent you.

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

TO:     **Eric Schmitt**

GREETINGS:

WE COMMAND YOU that all and singular business and excuses being laid aside, you appear and attend before the GRAND JURY of the people of the United States for the Southern District of New York, at the United States Courthouse, 40 Foley Square, Room 220, in the Borough of Manhattan, City of New York, in the Southern District of New York, at the following date, time and place:

Appearance Date:     July 15, 2026          Appearance Time:   10:00 a.m.

to testify and give evidence in regard to an alleged violation of federal criminal law, and not to depart the Grand Jury without leave thereof, or of the United States Attorney.

**PERSONAL APPEARANCE IS REQUIRED.**
**See Attached Advice of Rights.**

Failure to attend and produce any items hereby demanded will constitute contempt of court and will subject you to civil sanctions and criminal penalties, in addition to other penalties of the Law.

DATED:   New York, New York
         July 10, 2026

*/s/ Jay Clayton /SSB*
JAY CLAYTON
*United States Attorney for the*
*Southern District of New York*

Sean S. Buckley
Deputy United States Attorney
26 Federal Plaza, 38th Floor
New York, New York 10278

rev. 02.01.12

## ADVICE OF RIGHTS

1. You may refuse to answer any question if a truthful answer to the question would tend to incriminate you.

2. Anything that you do say may be used against you by the grand jury or in a subsequent legal proceeding.

3. If you have a lawyer, the grand jury will permit you a reasonable opportunity to step outside the grand jury room to consult with your lawyer if you so desire.

4. If you would like a lawyer but do not have funds to retain one, you may make an application to the United States Magistrate Judge who will decide whether to appoint a lawyer to represent you.