# EXHIBIT C
## Under Seal

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: Grand Jury Subpoenas Dated July 10, 2026,<br><br>THE NEW YORK TIMES COMPANY, JULIAN E. BARNES, ERIC LIPTON, AND ERIC SCHMITT,<br><br>Movants. | UNDER SEAL<br><br><br>Case No. 26 Misc. _____ |

**DECLARATION OF JULIAN E. BARNES IN SUPPORT OF MOTION TO QUASH**

I, Julian E. Barnes, declare as follows:

1. I have been a reporter for more than 30 years, covering national security issues for more than 20. I joined The New York Times ("The Times") in 2018.

2. I contributed reporting to an article published in The Times on July 8, 2026, headlined "Security Precaution Led Trump to Use Old Air Force One in Leaving Turkey."  I also contributed reporting to an article published in The Times on July 9, 2026, headlined "New Air Force One Lacks Defensive Countermeasures of Previous Model, Officials Say" (together, the "Articles").

3. At approximately 8:23 p.m. on July 10, two agents from the Federal Bureau of Investigation ("FBI"), dressed in FBI apparel, appeared at my home and handed me a subpoena for testimony before a grand jury in this District.

4. This was the first time I had contact with the Department of Justice ("DOJ") or FBI about the Articles after their publication.

5.      Prior to my reporting on the Articles, there were multiple occasions when President Trump or other members of his administration publicly made negative remarks about me and/or The Times based on articles that I had been involved in reporting.  Examples are summarized below.

6.      On April 11, 2020, I, along with five colleagues, wrote a story in The Times about President Trump's response to the COVID-19 pandemic, called "He Could Have Seen What Was Coming: Behind Trump's Failure on the Virus."  On April 13, 2020, President Trump tweeted "The @nytimes story is a Fake, just like the 'paper' itself. I was criticized for moving too fast when I issued the China Ban, long before most others wanted to do so. @SecAzar told me nothing until later, and Peter Navarro memo was same as Ban (see his statements).  Fake News!"

7.      I wrote an article with another Times reporter entitled, "Intelligence Assessment Said to Contradict Trump on Venezuelan Gang," which was published on March 20, 2025.  The following day, Todd Blanche, then the Deputy Attorney General, announced that DOJ was opening an investigation based on the article.

8.      On May 16, 2025, shortly before publication of a story I co-wrote entitled, "Trump Appointee Pressed Analyst to Redo Intelligence on Venezuela Gang," Olivia Coleman, then spokeswoman for the Office of the Director of National Intelligence, issued a statement saying the story was "false and fabricated."  She wrote: "It is the deep state's latest effort to attack this Administration from within with an orchestrated op detached from reality," adding that "those individuals who engage in such subversive and seditions acts will rightfully be referred to the Department of Justice."

9.       On June 24, 2025, I, along with five colleagues, wrote a story in The Times on the effectiveness of the United States's strikes on Iran's nuclear facilities called "Strike Set Back Iran's

2

Nuclear Program by Only a Few Months, Report Says." That story prompted a letter from a lawyer for President Trump claiming factual errors and threatening a lawsuit. The Times replied with a letter refuting President Trump's claims. No lawsuit was filed. On June 26, 2025, President Trump posted the following on Truth Social: "Rumor is that the Failing New York Times and Fake News CNN will be firing the reporters who made up the FAKE stories on the Iran Nuclear sites because they got it so wrong. Lets see what happens?"

10.    I am the named plaintiff in *The New York Times Co. v. Department of Defense*, No. 25-4218 (D.D.C), in which The Times is challenging the constitutionality of the Pentagon's restrictions on the press.

11.    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

By: _____

Julian E. Barnes

3