# EXHIBIT D
## Under Seal

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Grand Jury Subpoenas Dated July 10, 2026, <br><br> THE NEW YORK TIMES COMPANY, JULIAN E. BARNES, ERIC LIPTON, AND ERIC SCHMITT, <br><br> Movants. | UNDER SEAL <br><br><br> Case No. 26 Misc. _____ |

## DECLARATION OF ERIC SCHMITT IN SUPPORT OF MOTION TO QUASH

I, Eric Schmitt, declare as follows:

1. I have been a reporter at The New York Times ("The Times") for 40 years. For the last 30, I have covered, among other things, national security issues.

2. I contributed reporting to an article published in The Times on July 8, 2026, headlined "Security Precaution Led Trump to Use Old Air Force One in Leaving Turkey." I also contributed reporting to an article published in The Times on July 9, 2026, headlined "New Air Force One Lacks Defensive Countermeasures of Previous Model, Officials Say" (together, the "Articles").

3. At approximately 9:00 p.m. on Friday, July 10, 2026, two male Federal Bureau of Investigation ("FBI") agents served me with a subpoena in the driveway of my home. The agent who handed me the subpoena was wearing a short-sleeve shirt, cargo pants, and an armored vest emblazoned with "FBI." He had a holstered side arm.

4. This was the first time I had contact with the Department of Justice ("DOJ") or FBI about the Articles after their publication.

5.      Prior to my reporting on the Articles, there were multiple occasions when President Trump or other members of his administration, including Secretary of Defense Pete Hegseth and Deputy Assistant to the President and the National Security Council's Senior Director for Counterterrorism Sebastian Gorka, publicly made negative remarks about me and/or The Times based on articles that I had been involved in reporting.  Examples are summarized below.

6.      On April 20, 2025, I, along with two colleagues, wrote a story in The Times on Secretary Hegseth's sharing of military plans in a signal chat with his wife and brother.  The story was entitled, "Hegseth Said to Have Shared Attack Details in Second Signal Chat."  It prompted a statement from Assistant to the Secretary of Defense for Public Affairs Sean Parnell, which included the following: "The Trump-hating media continues to be obsessed with destroying anyone committed to President Trump's agenda. This time, the New York Times — and all other Fake News that repeat their garbage — are enthusiastically taking the grievances of disgruntled former employees as the sole sources for their article. They relied only on the words of people who were fired this week and appear to have a motive to sabotage the Secretary and the President's agenda."

7.      On June 24, 2025, I, along with five colleagues, wrote a story in The Times on the effectiveness of the United States's strikes on Iran's nuclear facilities, entitled "Strike Set Back Iran's Nuclear Program by Only a Few Months, Report Says."  That story prompted a letter from a lawyer for President Trump claiming factual errors and threatening a lawsuit.  The Times replied with a letter refuting President Trump's claims.  No lawsuit was filed.  On June 26, 2025, President Trump posted the following on Truth Social: "Rumor is that the Failing New York

2

Times and Fake News CNN will be firing the reporters who made up the FAKE stories on the Iran Nuclear sites because they got it so wrong. Lets see what happens?"

8.    At an event sponsored by Foundation for Defense of Democracies in Washington, DC, on July 23, 2025, Mr. Gorka stated that he would not answer my questions because I "endanger our armed forces." He added, "You are a disgrace, sir, and you endanger U.S. armed services, so go to hell."

9.    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: July 15, 2026

By: _____ 7/15/26
Eric Schmitt

3