# EXHIBIT E
# <u>Under Seal</u>

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: Grand Jury Subpoenas Dated July 10, 2026, | UNDER SEAL |
| THE NEW YORK TIMES COMPANY, JULIAN E. BARNES, ERIC LIPTON, AND ERIC SCHMITT, | |
| Movants. | Case No. 26 Misc. _____ |

**DECLARATION OF ERIC LIPTON IN SUPPORT OF MOTION TO QUASH**

I, Eric Lipton, declare as follows:

1.      I have been a reporter for nearly 40 years, the last 27 of which have been for The New York Times ("The Times").  I cover a variety of national issues including national security.

2.      I contributed reporting to an article published in The Times on July 8, 2026, headlined "Security Precaution Led Trump to Use Old Air Force One in Leaving Turkey."  I also contributed reporting to an article published in The Times on July 9, 2026, headlined "New Air Force One Lacks Defensive Countermeasures of Previous Model, Officials Say" (together, the "Articles").

3.      Two Federal Bureau of Investigation ("FBI") agents arrived at my home in Washington D.C. on Friday July 10, 2026 at approximately 9:00 p.m., wearing clothing with FBI logos and insignia, and handed me a subpoena.

4.      This was the first time I had contact with the Department of Justice ("DOJ") or FBI about the Articles after their publication.

5.      The Subpoenas have already had a significant chilling effect.  For example, since the news about the Subpoenas became public, I have found that former government officials are suddenly reluctant to engage with me, expressing concern that they could be targeted by the Administration if they speak with me even about topics that are neither sensitive nor confidential.

6.      Prior to my reporting on the Articles, there were multiple occasions when President Trump or other members of his administration publicly made negative remarks about The Times based on articles that I had been involved in reporting.  Examples are summarized below.

7.      On April 11, 2020, I, along with five colleagues, wrote a story in The Times on President Trump's response to the COVID-19 pandemic, called "He Could Have Seen What Was Coming: Behind Trump's Failure on the Virus."  On April 13, 2020, President Trump tweeted "The @nytimes story is a Fake, just like the "paper" itself. I was criticized for moving too fast when I issued the China Ban, long before most others wanted to do so. @SecAzar told me nothing until later, and Peter Navarro memo was same as Ban (see his statements). Fake News!"

8.      On May 5, 2025, I, along with a colleague, wrote a story in The Times on how Donald Trump Jr. and Eric Trump's business deals benefit both themselves and President Trump, called "Trump Sons' Deals on Three Continents Directly Benefit the President."  In a comment on the story, Donald Trump Jr. said, "It's laughable that the left-wing media thinks that I should lock myself in a padded room while my father is president and cease doing what I've been doing for over 25 years to earn a living and provide for my five children[.]"

9.      Twice since June 2026, the Trump Organization has sent legal threat letters to The Times related to reporting I have worked on.  In one instance, the reporting concerned Trump

2

family investments in a Kazakhstan mining project. In the other, the reporting concerned Trump family financial ties to a business venture in Asia.

10.    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 15, 2026

By: _____
Eric Lipton

3