Debevoise Debevoise Debevoise Debevoise
& Plimpton & Plimpton & Plimpton & Plimpton

**<u>Under Seal</u>**

July 15, 2026

The Honorable Ronnie Abrams
Part I Judge
District Court for the Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: *In re Grand Jury Subpoenas Dated July 10, 2026, No. 26 Misc. ___ (Part I)***

Dear Judge Abrams:

We submit this letter-motion on behalf of our clients, The New York Times Company ("The "Times"), and Julian E. Barnes, Eric Lipton, and Eric Schmitt, each a reporter with The Times (the "Journalists"), and in connection with our motion to quash grand jury subpoenas *ad testificandum* served on the Journalists (the "Subpoenas").[1]

The Journalists are currently required by the Subpoenas to appear before the grand jury on July 20, 2026, at which time we understand that the Government intends to question them about their confidential sources for two articles published in The Times on July 8 and July 9, 2026, respectively.[2]  We respectfully request that the Court adjourn the Subpoenas' appearance date pending resolution of the motion to quash.  We have conferred with supervisory attorneys in the U.S. Attorney's Office for the Southern District of New York and they have declined to consent to this request.

An adjournment of the grand jury appearance date until the motion to quash is resolved is necessary to preserve the *status quo* so that the Court has sufficient time to receive and review any submissions before ruling on the merits of this dispute.  *See In re Craig*, 131 F.3d 99, 102 (2d Cir. 1997) (confirming the district court's inherent "supervisory authority over the grand juries").  An adjournment is also critical to prevent the Government from trampling on the Journalists' and The

---

[1]   The Government's letter dated July 15, 2026 identified Times reporters Tyler Pager and Adam Goldman as additional movants.  However, as they have not been served with subpoenas, they are not parties to this motion.

[2]   *See* Tyler Pager, Julian E. Barnes, Eric Schmitt, & Eric Lipton, *Security Precaution Led Trump to Use Old Air Force One in Leaving Turkey*, N.Y. TIMES (July 8, 2026), https://www.nytimes.com/2026/07/08/us/politics/trump-air-force-one-security.html (Mot. to Quash, Ex. F); Tyler Pager, Eric Lipton, Adam Goldman, Eric Schmitt & Julian E. Barnes, *New Air Force One Lacks Defensive Countermeasures of Previous Model, Officials Say*, N.Y. TIMES (July 9, 2026), https://www.nytimes.com/2026/07/09/us/politics/new-air-force-one-defensive-countermeasures.html (Mot. to Quash, Ex. G).

any hardship to the Government, which remains free to carry out an investigation through countless other means.

Respectfully submitted,

David A. O'Neil*
daoneil@debevoise.com
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Avenue N.W., Suite 500
Washington, D.C. 20004
Tel: (202) 383-8000

*S/ Douglas S. Zolkind*
Douglas S. Zolkind
dzolkind@debevoise.com
Leah W. Rosenberg
lwrosenberg@debevoise.com
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
Tel: (212) 909-6000

Julie A. Edelstein**
jedelstein@wiggin.com
WIGGIN AND DANA LLP
600 Massachusetts Avenue, N.W., Suite 375
Washington, D.C. 20001
Tel: (202) 800-2470

*Counsel for Movants*

*Pro hac vice* pending.
***Pro hac vice* forthcoming.

2