

Debevoise & Plimpton LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
+1 202 383 8000

July 17, 2026

**<u>Via Email / Under Seal</u>**
The Honorable Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:** ***In re Grand Jury Subpoenas Dated July 10, 2026, No. 26 Misc. 352 (AS)***

Dear Judge Subramanian:

We submit this letter-motion under seal on behalf of our clients, The New York Times Company, Julian E. Barnes, Eric Lipton, and Eric Schmitt ("Movants"), in the above-referenced matter. Movants respectfully request that the Court unseal its scheduling order dated July 16, 2026. We have conferred with the Government and they do not object to this request.

Respectfully submitted,

David A. O'Neil*
daoneil@debevoise.com
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Avenue N.W., Suite 500
Washington, D.C. 20004
Tel: (202) 383-8000

*S/ Douglas S. Zolkind*
Douglas S. Zolkind
dzolkind@debevoise.com
Leah W. Rosenberg
lwrosenberg@debevoise.com
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
Tel: (212) 909-6000

Julie A. Edelstein**
jedelstein@wiggin.com
WIGGIN AND DANA LLP
600 Massachusetts Avenue, N.W., Suite 375
Washington, D.C. 20001
Tel: (202) 800-2470

*Counsel for Movants*

*Pro hac vice* pending.
**Pro hac vice* forthcoming.

3