**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: Grand Jury Subpoenas Dated July 10, 2026, <br><br> THE NEW YORK TIMES COMPANY, JULIAN E. BARNES, ADAM GOLDMAN, ERIC LIPTON, TYLER PAGER, AND ERIC SCHMITT, <br><br> Movants. | Case No. 26-mc-352 (AS) |

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 18, 2026, I sent a true and correct copy of Movants' letter-motion in response to the Government's letter to the Court regarding additional subpoenas to counsel for the Government in the U.S. Attorney's Office for the Southern District of New York by electronic mail.

Dated: New York, New York
       July 19, 2026

Respectfully submitted,

<u>*S/ David A. O'Neil*</u>
David A. O'Neil*
daoneil@debevoise.com
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Avenue N.W., Suite 500
Washington, D.C. 20004
Tel: (202) 383-8000

*Admitted *pro hac vice*.