UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Grand Jury Subpoenas Dated July 10, 2026,

The New York Times Company et al.,

Movants.

26-mc-352 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Movants' letter dated July 18, 2026, which was filed provisionally under seal, is hereby UNSEALED.

SO ORDERED.

Dated: July 20, 2026
       New York, New York

ARUN SUBRAMANIAN
United States District Judge