UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: Grand Jury Subpoenas<br>Dated July 10, 2026<br><br>………………………………………... | )<br>)<br>)<br>)<br>)<br>) | **Case No. 26-mc-352 (AS)**<br>**NOTICE OF APPEARANCE AND**<br>**REQUEST FOR ELECTRONIC**<br>**NOTIFICATION** |

TO:    Clerk of Court
       United States District Court
       Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case

and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this

case.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York


By: s/ Sean S. Buckley
    Sean S. Buckley
    (212) 637-2232