UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Grand Jury Subpoenas Dated July 10,
2026,

The New York Times Company et al.,

Movants.

26-mc-352 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

     The hearing on Thursday, July 23, 2026, at 2 p.m., will be held in Courtroom 23B, 500 Pearl Street, New York, NY 10007.

     SO ORDERED.

Dated: July 21, 2026
     New York, New York

_____
   ARUN SUBRAMANIAN
United States District Judge