UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Grand Jury Subpoenas Dated July 10, 2026,<br><br>The New York Times Company et al.,<br><br>                  Movants. | 26-mc-352 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

On July 20, 2026, the Government submitted to the Court ex parte the subpoenas issued in this proceeding. The Government indicated in its cover letter and subsequent correspondence that the substance of these subpoenas—but not the subpoenas themselves—had been previously conveyed to counsel for the movants. The Government recognized in its correspondence that "the Court may authorize disclosure of a grand-jury matter in connection with a judicial proceeding pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i)," and requested that if the Court ordered disclosure of the actual subpoenas to the movants, that "the Court direct movants to maintain the subpoenas under seal and that any reference to the actual contents of those subpoenas similarly be submitted under seal due to the fact of the ongoing criminal investigation."

Disclosure to the movants is ordered on the terms specified by the Government. The subpoenas, July 20, 2026 letter, email correspondence with the Court, and July 21, 2026 letter should be disclosed to the movants by July 22, 2026 at 4 pm ET. The Court direct movants to maintain the subpoenas under seal and that any reference to the actual contents of those subpoenas similarly be submitted under seal.

        SO ORDERED.

Dated: July 22, 2026
       New York, New York

                                       ARUN SUBRAMANIAN
                                       United States District Judge