UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Grand Jury Subpoenas Dated July 10, 2026,

The New York Times Company et al.,

Movants.

26-mc-352 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court hereby ORDERS as follows:

1. As stated on the record during the July 23, 2026, hearing, the Government has voluntarily withdrawn the challenged subpoenas, including the subpoenas issued to the journalists as well as the third-party subpoenas. Those subpoenas are null and void. As a result, the motions to quash are moot. The Clerk of Court is respectfully directed to terminate the motions at Dkts. 22 and 27.

2. As stated by the Government at the hearing, to the extent that a decision is made to renew the subpoenas, the Government will come to the Court in advance of issuance.

3. By consent of the parties, the Court will retain jurisdiction over any related matters in this investigation. Movants may submit a letter by **Monday, July 27, 2026** concerning any broader scope of that retention of jurisdiction, responding to the position articulated by the Government at the hearing. The Government may file any response by **Wednesday, July 29, 2026**.

4. With respect to the July 14, 2026 application for a non-disclosure order, the Government should, on or before **Monday, July 27, 2026**, furnish to the Court on an *ex parte* basis any internal communications on or before July 16, 2026, concerning (1) the decision to seek the non-disclosure order, (2) whether the application should or should not reference that the owners of the records were reporters, and (3) whether and when notification of the third-party subpoenas should be given to the reporters.

SO ORDERED.

Dated: July 23, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge