WILMERHALE

July 24, 2026

**Claire M. Guehenno**

+1 212 295 6254 (t)
+1 212 230 8888 (f)
claire.guehenno@wilmerhale.com

**Via ECF**

The Honorable Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Court
500 Pearl Street
New York, NY 10007

Re:  *In Re Grand Jury Subpoenas Dated July 10, 2026,* No. 26-mc-352

Dear Judge Subramanian:

      On behalf of Doe Corporation, we submit this letter-motion seeking leave to initially proceed under a pseudonym and to initially file two letter-motions entirely under seal in accordance with Section 11.C of Your Honor's Individual Practices.  As explained in one of the sealed letter-motions, it is necessary for Doe Corporation to preliminarily proceed pseudonymously and to preliminarily file the two letter-motions under seal.  Accordingly, we respectfully request that the Court grant the letter-motion to file under seal.

                                       Respectfully submitted,

                                 /s/ *Claire M. Guehenno*

| | |
|---|---|
| Ari Holtzblatt* | Claire M. Guehenno |
| WILMER CUTLER PICKERING | Emily Barnet |
|   HALE AND DORR LLP | WILMER CUTLER PICKERING |
| 2100 Pennsylvania Avenue NW |   HALE AND DORR LLP |
| Washington, DC 20037 | 7 World Trade Center |
| Tel: (202) 663-6000 | 250 Greenwich Street |
| Fax: (202) 663-6363 | New York, NY 10007 |
| Ari.Holtzblatt@wilmerhale.com | Tel: (212) 295-6254 |
| | Fax: (212) 230-8888 |
| *Pro hac vice application forthcoming | Claire.Guehenno@wilmerhale.com |
| | Emily.Barnet@wilmerhale.com |
| | |
| | *Counsel for Doe Corporation* |

**cc: All parties of record (via ECF)**

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007

Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington