UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Grand Jury Subpoenas Dated July 10, 2026,<br><br>The New York Times Company et al.,<br><br>                    Movants. | 26-mc-352 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

       Item 4 of the Court's July 23, 2026, order, Dkt. 38, is modified to direct the Government to furnish to the Court, *ex parte* and under seal, any internal communications on or before **July 17, 2026** (one day later than stated in the prior order).

       SO ORDERED.

Dated: July 24, 2026
      New York, New York

                              ARUN SUBRAMANIAN
                        United States District Judge