UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Grand Jury Subpoenas Dated July 10,
2026,

The New York Times Company et al.,

Movants.

26-mc-352 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Google LLC's motion to vacate the nondisclosure order served on July 16 is GRANTED.

As a result of the vacatur, the motion to seal is DENIED AS MOOT. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 39, and to unseal Dkts. 40 and 41.

SO ORDERED.

Dated: July 24, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge