

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 24, 2026

**BY ECF**

The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

>      Re:    ***In re Grand Jury Subpoenas Dated July 10, 2026,***
>             **26 Misc. 352 (AS)**

Dear Judge Subramanian:

The Government respectfully submits this letter to request a brief adjournment of the July 27, 2026 filing deadline imposed yesterday by the Court.  (Dkt. 38).

The Court has requested that the Government furnish to the Court, on an *ex parte* basis, any internal communications which took place on or before July 17, 2026, concerning (1) the decision to seek the non-disclosure order, (2) whether the application should or should not reference that the owners of the records were reporters, and (3) whether and when notification of the third-party subpoenas should be given to the reporters.  (Dkts. 38, 42).

The Government is treating the Court's Order with the utmost seriousness.  The Government requires additional time to evaluate potentially responsive materials.  In addition, this analysis requires the Government to consider potential implications regarding privilege, and other potential legal issues, including applicable Department policies.

The Government therefore respectfully requests that it be allowed to respond on or before Friday, August 7, 2026.  The Government will file any response prior to August 7 to the extent possible but requests the additional time out of an abundance of caution.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:  ___/s/ Sean S. Buckley_____
     Sean S. Buckley
     (212) 637-2232

cc:    David A. O'Neil, Esq.
       Douglas S. Zolkind, Esq.
       Leah W. Rosenberg, Esq.
       Julie A. Edelstein, Esq.
       *Counsel for Movants*