WILMERHALE

July 24, 2026

**Via ECF**

**Claire M. Guehenno**

+1 212 295 6254 (t)
+1 212 230 8888 (f)
claire.guehenno@wilmerhale.com

The Honorable Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Court
500 Pearl Street
New York, NY 10007

**Re:** *In Re Grand Jury Subpoenas Dated July 10, 2026*, **No. 26-mc-352**

Dear Judge Subramanian:

On behalf of third-party Google LLC, I write in accordance with SDNY ECF Filing Rule 21.7.  On July 16, 2026, Google was served with a subpoena to which the government attached a nondisclosure order ("NDO") under 18 U.S.C. § 2705(b).  On July 24, 2026, Google filed a public motion to seal (under the pseudonym Doe Corporation), Dkt. 39, a sealed letter-motion to seal, Dkt. 40, and a sealed letter-motion to vacate the NDO, Dkt. 41.  Google attached to its sealed letter-motion to seal (Dkt. 40) a version of its letter-motion to vacate that redacted personally identifiable information in the NDO.  *See* Individual Practices in Criminal Cases ¶ 12(A), Judge Arun Subramanian (rev. Feb. 17, 2026), https://www.nysd.uscourts.gov/sites/default/files/practice_documents/AS%20Criminal%20Individual%20Practices%20Feb%20%2726%20Revision.pdf; Notice Regarding Privacy and Public Access to Electronic Civil and Criminal Case Files, S.D.N.Y., https://www.nysd.uscourts.gov/privacy-policy (accessed July 24, 2026).  On the same day, this Court vacated the nondisclosure order and thus denied the motions to seal as moot.  Dkt. 43.  The clerk subsequently unsealed both Dkts. 40 and 41, including the unredacted NDO in Dkt. 41.  Google subsequently submitted an emergency sealing request pursuant to the SDNY ECF Filing Rules.  Dkt. 41 has now been resealed.  Google's motion to vacate the NDO and the NDO itself remain publicly available under Dkt. 40, with the personally identifiable information contained within the NDO redacted.

We respectfully request that the Court formally retain Dkt. 41 under seal to prevent public disclosure of this personally identifiable information.

WILMERHALE

Hon. Arun Subramanian
July 24, 2026
Page 2

Respectfully submitted,

/s/ *Claire M. Guehenno*

| | |
|---|---|
| Ari Holtzblatt* | Claire M. Guehenno |
| WILMER CUTLER PICKERING | Emily Barnet |
| HALE AND DORR LLP | WILMER CUTLER PICKERING |
| 2100 Pennsylvania Avenue NW | HALE AND DORR LLP |
| Washington, DC 20037 | 7 World Trade Center |
| Tel: (202) 663-6000 | 250 Greenwich Street |
| Fax: (202) 663-6363 | New York, NY 10007 |
| Ari.Holtzblatt@wilmerhale.com | Tel: (212) 295-6254 |
| | Fax: (212) 230-8888 |
| *Pro hac vice application forthcoming | Claire.Guehenno@wilmerhale.com |
| | Emily.Barnet@wilmerhale.com |

*Counsel for Google LLC*

**cc:**  All Parties (via ECF)