UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                      :

In re: Grand Jury Subpoenas Dated July 10, 2026  :            Case No. 26-mc-352 (AS)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION

PLEASE TAKE NOTICE that Emily Barnet of Wilmer Cutler Pickering Hale and

Dorr LLP hereby enters her notice of appearance on behalf of Google LLC.  The

undersigned respectfully requests that notice of electronic filing of all papers in the within

action, as well as copies of all other documents that are required to be served or delivered to

counsel, be transmitted to her at the address given below.  I certify that I am admitted to

practice in this Court.

Dated: New York, New York
       July 24, 2026

By: */s/ Emily Barnet*
    Emily Barnet
    WILMER CUTLER PICKERING
     HALE AND DORR LLP
    7 World Trade Center
    250 Greenwich Street
    New York, NY 10007
    Tel: (212) 230-8868
    Fax: (212) 663-6363
    Emily.Barnet@wilmerhale.com

    *Counsel for Google LLC*