**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                              :
                                                              :
                                                              :
                                                              :          Case No. 26-mc-352 (AS)
In re: Grand Jury Subpoenas Dated July 10, 2026   :
                                                              :
                                                              :
                                                              :
                                                              :
                                                              :
                                                              :
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### MOTION FOR ADMISSION *PRO HAC VICE* OF ARI HOLTZBLATT

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Ari Holtzblatt, move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Google LLC in the above-captioned case.

As described in the declaration submitted with this Motion, I am in good standing of the bar of the District of Columbia and of the states of Maryland and California, and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, disbarred or denied readmission by any court. I have attached a declaration pursuant to Local Rule 1.3.

July 29, 2026

                                                    /s/ *Ari Holtzblatt*
                                                    Ari Holtzblatt
                                                    WILMER CUTLER PICKERING
                                                      HALE AND DORR LLP
                                                    2100 Pennsylvania Avenue NW
                                                    Washington, DC 20037
                                                    Tel: (202) 663-6000
                                                    Fax: (202) 663-6363
                                                    Ari.Holtzblatt@wilmerhale.com

                                                    *Counsel for Google LLC*